UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTAKELLYMADISON COHN FORMERLY KNOWN AS ROBERT COHN,<br><br>Plaintiff,<br><br>vs.<br><br>SEAN BROIHIER AND ASSOCIATES, LLC dba FINE ART AMERICA dba FINEARTAMERICA.COM; AND DOES 1 THROUGH 20,<br><br>Defendants. | Case No. 2:14-CV02337<br><br>[Assigned to the Hon. S. James Otero And Magistrate Judge Charles F. Eick]<br><br>~~SEAN BROIHIER AND ASSOCIATES, LLC dba FINE ART AMERICA dba FINEARTAMERICA.COM'S PROPOSED~~ ORDER ADOPTING STIPULATED PROTECTIVE ORDER |

Having considered the Stipulation and Protective Order, and with good cause appearing, the Court hereby adopts the parties' Stipulation and Protective Order as the order of the Court in this matter.

Dated: July 2, 2014

_____
Honorable Charles F. Eick
United States Magistrate Judge

PROPOSED ORDER
CASE NO. 2:14-CV-02337

- 1 -